

| | | |
|---|---|---|
| **CHRISTOPHER G. AIELLO** [1][2]<br>**EVAN MASON HARRIS**<br>**WILLIAM R. MARTH** [1]<br>**FRANK TUNNERO** §<br>_____<br>OF COUNSEL<br><br>**JAMES C. LANKFORD**<br>**ANTHONY P. ALFANO**<br>**SEBASTIAN B. IONNO II** [1]<br>**JAY J. FREIREICH** [1][3][5]◊<br>**D. REBECCA HIGBEE** [1]<br>**DAVID MICHELSON**<br>**BRIAN M. CIGE** [1]<br>**JEFFREY I. BRONSON**<br>**SHELDON SCHIFFMAN (Ret.)**<br><br>[1] ALSO ADMITTED TO PA BAR<br>[2] ALSO ADMITTED TO CT BAR<br>[3] ALSO ADMITTED TO NY BAR<br>◊ LLM IN TAXATION<br>* COURT APPROVED MEDIATOR<br>§ CERTIFIED BY THE SUPREME COURT<br>  AS A CIVIL TRIAL ATTORNEY | **MARTH, TUNNERO & SCHIFFMAN PC**<br>**ATTORNEYS AT LAW**<br>**140 SOUTH BROADWAY, SUITE FIVE**<br>**PITMAN, NEW JERSEY 08071**<br>TEL: (856) 553-6810<br>FAX: (856) 553-6821<br>www.aielloharris.com<br>lawfirm@aielloharris.com<br>sionno@aielloharris.com | **WATCHUNG OFFICE:**<br>501 WATCHUNG AVENUE<br>WATCHUNG, NEW JERSEY 07069<br>(908) 561-5577 - BY APPOINTMENT ONLY<br><br>**ELIZABETH / UNION OFFICE:**<br>540 NORTH AVENUE<br>UNION, NEW JERSEY 07083<br>(908) 561-5577 - BY APPOINTMENT ONLY<br><br>**NEWARK OFFICE:**<br>1 BLOOMFIELD AVENUE<br>NEWARK, NEW JERSEY 07104<br>(973) 376-3710 - BY APPOINTMENT ONLY<br><br>**EAST BRUNSWICK OFFICE:**<br>1 S. WOODLAND AVENUE<br>EAST BRUNSWICK, NEW JERSEY 08816<br>(732) 387-7299 - BY APPOINTMENT ONLY<br><br>**WOODBRIDGE OFFICE:**<br>313 AMBOY AVENUE<br>WOODBRIDGE, NEW JERSEY 07095<br>(732) 734-4655 - BY APPOINTMENT ONLY<br><br>**FLEMINGTON OFFICE:**<br>260 ROUTE 202<br>FLEMINGTON, NEW JERSEY 08822<br>(908) 561-5577 - BY APPOINTMENT ONLY<br><br>**LYNDHURST OFFICE:**<br>761 RIDGE ROAD<br>LYNDHURST, NEW JERSEY 07071<br>(973) 376-3710 - BY APPOINTMENT ONLY<br><br>**DOVER OFFICE:**<br>34 NORTH SUSSEX STREET<br>DOVER, NEW JERSEY 07071<br>(973) 376-3710 - BY APPOINTMENT ONLY<br><br>**PLEASE REPLY TO:**<br>**PITMAN OFFICE** |

July 13, 2023

**VIA PACER**

Hon. Renee Marie Bumb, U.S.D.J.
United States District Court
Mitchell H. Cohen United States Courthouse
4th and Cooper Streets
Camden, NJ 08101

      **Re:**    **Acevado Ayala v. Autozoners, et. al.**
             **Docket No: 1:22-cv-4972**

Dear Judge Bumb:

    This office represents Plaintiff William Acevedo Ayala ("Plaintiff") in the above-captioned matter. Please be advised that the parties have resolved this matter and anticipate having all of the settlement paperwork completed in the next couple of weeks.

    Your Honor's kind attention is deeply appreciated.

                                          Respectfully submitted,
                                          IONNO & HIGBEE

                                BY: _____
                                        SEBASTIAN B. IONNO, ESQ.

DRH
cc:    All Counsel (Via Pacer)